UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK (ALBANY)

| | |
|---|---|
| ERIC ROWE-JONES,<br>　　　　Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC;<br>　　　　Defendants. | CASE NO. 1:22-cv-00034-DNH-CFH<br><br><br><br>**ORDER OF DISCONTINUANCE WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

　　Plaintiff Eric Rowe-Jones, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

　　IT IS, THEREFORE, ORDERED that all claims of Plaintiff Eric Rowe-Jones against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Eric Rowe-Jones and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

　　9-21-2022
Date: _____

_/s/ David N. Hurd_
David N. Hurd
U.S. District Judge