UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ROWE-JONES,<br><br>　　　　　　*Plaintiff,*<br><br>　-against-<br><br>ALLY FINANCIAL INC., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>　　　　　　*Defendant(s).* | **Case No. 1:2022-cv-00034  (DNH) (CFH)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff, Eric Rowe-Jones, and Equifax Information Services LLC, that the above-titled action is hereby dismissed with prejudice against Defendant Equifax Information Services LLC. Each party will bear their own costs and attorney's fees.

　　　　　　　　　　　　　　　　　　/s/ James R. Ticchio
　　　　　　　　　　　　　　　　　　James R. Ticchio
　　　　　　　　　　　　　　　　　　**Sherman & Ticchio PLLC**
　　　　　　　　　　　　　　　　　　120 N. Main Street Suite 302B
　　　　　　　　　　　　　　　　　　New City, NY 10956
　　　　　　　　　　　　　　　　　　212-324-3874
　　　　　　　　　　　　　　　　　　james@st-legal.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 11-28-2022

/s/ Adam T. Hill
Adam T. Hill
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
ahill@seyfarth.com
(212) 218-3382
*Counsel for* Equifax Information Services LLC