UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ROWE-JONES,<br><br>*Plaintiff,*<br><br>-against-<br><br>ALLY FINANCIAL INC., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>*Defendant(s).* | Case No. 1:2022-cv-00034  (DNH) (CFH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff, Eric Rowe-Jones, and Defendant, Experian Information Solutions, Inc., that the above-titled action is hereby dismissed with prejudice against Defendant Experian Information Solutions, Inc. Each party will bear their own costs and attorney's fees.

/s/ James R. Ticchio
James R. Ticchio
**Sherman & Ticchio PLLC**
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/Justin Harris

Justin Harris
JONES DAY
250 Vesey Street
New York, NY 10281-1047
212.326.3635
justinharris@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 11-28-2022