UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ERIC ROWE-JONES,

            *Plaintiff,*

   -against-

ALLY FINANCIAL INC., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,

            *Defendant(s).*

Case No. 1:2022-cv-00034  (DNH) (CFH)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff, Eric Rowe-Jones, and Defendant, Ally Financial Inc., that the above-titled action is hereby dismissed with prejudice against Defendant Ally Financial Inc. Each party will bear their own costs and attorney's fees.

                                            /s/ James R. Ticchio
                                            James R. Ticchio
                                            **Sherman & Ticchio PLLC**
                                            120 N. Main Street Suite 302B
                                            New City, NY 10956
                                            212-324-3874
                                            james@st-legal.com
                                            *Counsel for Plaintiff*

/s/ Ethan G. Ostroff
Ethan G. Ostroff, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
ethan.ostroff@troutman.com
*Counsel for Ally Financial Inc.*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 11-28-2022